UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CASSANDRA RAINEY | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CAUSE NO.: 4:20-cv-00187 |
| | ) |
| DOLLAR TREE STORES, INC. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL OF CIVIL ACTION

To the Honorable Judges of the United States District Court for the Southern District of Indiana, New Albany Division:

Removing party, by the undersigned attorneys, respectfully show this Court:

1. The removing party is the Defendant, Dollar Tree Stores, Inc. ("Defendant"), in the above-entitled action.

2. On August 5, 2020, the above-entitled action was commenced against the removing party in the Lawrence County Circuit Court, State of Indiana under Cause No. 47C01-2008-CT-000949; captioned *Cassandra Rainey v. Dollar Tree Stores, Inc.* and is now pending.

3. Plaintiff Cassandra Rainey has filed suit as a result of an alleged fall at Defendant's retail business located at 1306 West Main Street in Mitchell, Indiana. The fall occurred on May 28, 2020.

4. As a result of the alleged fall, Plaintiff Cassandra Rainey complains of a fractured hip and is seeking damages for past and future medical expenses, lost wages, and "other special expenses."

5. On August 10, 2020, Defendant received a Summons and Complaint in the above entitled action, via certified mail.

6. No further proceedings in this matter have been held in the Lawrence County Circuit Court, other than a Motion for Enlargement of Time, up to and including October 2, 2020 for the Defendant to answer or otherwise respond to Plaintiff's Complaint. The Motion has since been granted.

7. Plaintiff is alleged to be a citizen of the State of Indiana.

8. Defendant is a Virginia corporation with its principal place of business located at 500 Volvo Parkway, Chesapeake, Virginia 23320. Defendant is a citizen of the State of Virginia.

9. By virtue of diversity jurisdiction, Defendant is entitled to removal.

10. Plaintiff Cassandra Rainey will not stipulate that the amount in controversy is less than $75,000 and Defendant is without information regarding the damages in question.

11. This Court has original diversity jurisdiction of the above-entitled action pursuant to 28 U.S.C. §1332, and the action may therefore be removed to this Court pursuant to 28 U.S.C. §1441(a).

12. A copy of the entire State Court Record for Lawrence County Circuit Court, State of Indiana under Cause No. 47C01-2008-CT-000949 is attached as Exhibit A.

13. A copy of the Complaint served on the removing party in the above-entitled action is attached hereto as Exhibit B.

14. A copy of the Civil Cover Sheet is attached as Exhibit C.

15. This Notice is filed with this Court within 30 days of service of the Summons and Complaint on the Defendant, as the removing party.

WHEREFORE, Defendant, Dollar Tree Stores, Inc., by counsel, respectfully requests that this action be removed from the Lawrence County Circuit Court, State of Indiana, Cause No. 47C01-2008-CT-000949 to the United States District Court for the Southern District of Indiana, New Albany Division, for trial and determination.

                DREWRY SIMMONS VORNEHM, LLP

                /s/ Anthony M. Eleftheri
                ANTHONY M. ELEFTHERI, #19336-49
                MELANIE A. KALMBACH, #34800-49
                *Counsel for Dollar Tree Stores, Inc.*
                Drewry Simmons Vornehm, LLP
                736 Hanover Place, Suite 200
                Carmel, IN 46032
                (317) 580-4848
                (317) 580-4855 Facsimile
                aeleftheri@DSVlaw.com
                mkalmbach@DSVlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served with the Clerk of the Court on this 21st day of August 2020 using the CM/ECF system which sent notification of this filing or by placing it in the U.S. Mail, postage pre-paid, to the following:

Bradford J. Smith
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
*Attorney for Plaintiff*

                                                    */s/Anthony M. Eleftheri*
                                                    ANTHONY M. ELEFTHERI, #19336-49
                                                    MELANIE A. KALMBACH, #34800-49

Drewry Simmons Vornehm, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032
(317) 580-4848
(317) 580-4855 Facsimile
aeleftheri@DSVlaw.com
mkalmbach@DSVlaw.com