This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Cassandra Rainey v. Dollar Tree Stores, Inc.

| | |
|---|---|
| Case Number | 47C01-2008-CT-000949 |
| Court | Lawrence Circuit Court |
| Type | CT - Civil Tort |
| Filed | 08/05/2020 |
| Status | 08/05/2020 , Pending  (active) |

## Parties to the Case

Defendant   Dollar Tree Stores, Inc.

<u>Address</u>
c/o Corporation Service Company
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

<u>Attorney</u>
Anthony Marino Eleftheri
*#1933649, Lead, Retained*

Drewry Simmons Vornehm, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032
317-580-4848(W)

<u>Attorney</u>
Melanie Alyse Kalmbach
*#3480049, Retained*

736 Hanover PL
STE 200
Carmel, IN 46032
317-580-4848(W)

Plaintiff      Rainey, Cassandra

<u>Attorney</u>
Brad Smith
*#2278347, Retained*

104 Franklin Road
Bloomington, IN 47404
812-332-9451(W)

## Chronological Case Summary

| | |
|---|---|
| 08/05/2020 | **Case Opened as a New Filing** |

| | |
|---|---|
| 08/05/2020 | **Appearance Filed** |
| | Appearance |

| For Party: | Rainey, Cassandra |
|---|---|
| File Stamp: | 08/05/2020 |

| 08/05/2020 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons to Dollar Tree Stores, Inc. | |
| | Filed By: | Rainey, Cassandra |
| | File Stamp: | 08/05/2020 |

| 08/05/2020 | **Complaint/Equivalent Pleading Filed** | |
|---|---|---|
| | Complaint for Damages | |
| | Filed By: | Rainey, Cassandra |
| | File Stamp: | 08/05/2020 |

| 08/13/2020 | **Appearance Filed** | |
|---|---|---|
| | Appearance of Anthony M. Eleftheri and Melanie A. Kalmbach | |
| | For Party: | Dollar Tree Stores, Inc. |
| | File Stamp: | 08/13/2020 |

| 08/13/2020 | **Motion for Enlargement of Time Filed** | |
|---|---|---|
| | Motion for Enlargement of Time | |
| | Filed By: | Dollar Tree Stores, Inc. |
| | File Stamp: | 08/13/2020 |

| 08/14/2020 | **Order Granting Motion for Enlargement of Time** | |
|---|---|---|
| | Judicial Officer: | Nikirk, Nathan G |
| | Order Signed: | 08/14/2020 |

| 08/15/2020 | **Automated ENotice Issued to Parties** | |
|---|---|---|
| | Order Granting Motion for Enlargement of Time ---- 8/14/2020 : Anthony Marino Eleftheri;Brad Smith;Melanie Alyse Kalmbach | |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Rainey, Cassandra**

Plaintiff

**Balance Due** (as of 08/20/2020)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 08/05/2020 | Transaction Assessment | 157.00 |
| 08/05/2020 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# APPEARANCE FORM (CIVIL)
## Initiating Party

| | | |
|---|---|---|
| | CAUSE NO: | |
| 1. | Name of first initiating party | Cassandra  Rainey<br>144 W Montgomery Avenue<br>Clarksville, IN  47129 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Bradford J. Smith #22783-47<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:      812 332-9451<br>FAX:          812 331-5321<br>Email:  bjsmith@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| | Continuation of Item 1 (Names of initiating parties) | NAME:<br>NAME: |
| | Continuation of Item 3 (Attorney information as applicable for service of process) | |

 s/Bradford J. Smith
Attorney-at-Law
(Attorney information shown above.)

CIRCUIT/SUPERIOR COURT FOR THE COUNTY OF LAWRENCE
STATE OF INDIANA

| LAWRENCE CIRCUIT COURT | LAWRENCE SUPERIOR COURT I | LAWRENCE SUPERIOR COURT II |
|---|---|---|
| 916 15TH STREET, ROOM 37 | 918 16TH ST., SUITE 300 | 1420 I STREET |
| BEDFORD, IN 47421 | BEDFORD, IN 47421 | BEDFORD, IN 47421 |
| TELEPHONE: 812 275-2421 | TELEPHONE 812 275-3124 | TELEPHONE: 812 275-4161 |

Cassandra Rainey

                    Plaintiff(s)

                    VS.                            No. _____

Dollar Tree Stores, Inc.

                    Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Dollar Tree Stores, Inc., c/o Corporation Service Company, 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**

     You have been sued by the person(s) named "plaintiff" in the court stated above.

     The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

     You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

     If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 8/5/2020

                                CLERK, LAWRENCE CIRCUIT/SUPERIOR COURT

BRADFORD J. SMITH, #22783-47
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN  47404
TELEPHONE: (812)332-9451

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

     A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this ____ day of _____, 2020.

                                      _____
                                      SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

XX       By certified or registered mail with return receipt to above address.

☐       By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐       By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐       By serving his agent as provided by rule, statute or valid agreement, to-wit:

                                KEN NUNN LAW OFFICE

                                BY:    *s/ BRADFORD J. SMITH*
                                ATTORNEY FOR PLAINTIFF

SEAL
LAWRENCE COUNTY COURTS
INDIANA

CERTIFICATE OF MAILING:  I certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this __ day of _____, 2020.

_____C LERK,
LAWRENCE CIRCUIT COURT

**RETURN OF SERVICE OF SUMMONS BY MAIL:**  I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2020, and that a copy of the return of receipt was received by me on the __ day of _____, 2020, which copy is attached herewith.

_____C LERK,
LAWRENCE CIRCUIT COURT

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:**  I hereby certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2020, and I did deliver said summons and a copy of the complaint to the Sheriff of Lawrence County, Indiana.

Dated this __ day of _____, 2020.

_____C LERK,
LAWRENCE CIRCUIT COURT

**RETURN OF SUMMONS:**  This summons came to hand on the __ day of _____, 2020, and I served the same on the __ day of _____, 2020.

1.  By mailing a copy of the summons and complaint personally to _____ address _____.
2.  By delivering a copy of summons and complaint personally to _____.
3.  By leaving a copy of the summons and complaint at _____t he dwelling house or usual place of abode of defendant:_____(Na me of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2020 to _____h is last known address.
4.  By serving his agent as provided by rule, statute or valid agreement to-wit:_____ _____.
5.  Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2020.

_____SHER IFF or
DEPUTY

**RETURN ON SERVICE OF SUMMONS:**  I hereby certify that I have served the within summons:

1.  By delivery on the __ day of _____, 2020 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____
2.  By leaving on the ___ day of _____, 2020  for each of the within named defendant(s)_____ _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3.  _____a nd by mailing a copy of the summons without the complaint to _____a t _____t he last known address of defendant(s).

All done in Lawrence County, Indiana.

Fees:  $_____

_____SHER IFF or DEPUTY

| STATE OF INDIANA | ) | IN THE LAWRENCE | COURT |
| COUNTY OF LAWRENCE | ) SS:<br>) | CAUSE NO. | |

CASSANDRA RAINEY

    VS.

DOLLAR TREE STORES, INC.

## **COMPLAINT FOR DAMAGES**

      Comes now the plaintiff, Cassandra Rainey, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Dollar Tree Stores, Inc., alleges and says:

      1.    That on or about May 28, 2020, the plaintiff, Cassandra Rainey, was a customer at the Dollar Tree store located at 1306 West Main Street in Mitchell, Lawrence County, Indiana.

      2.    That on or about May 28, 2020, the plaintiff, Cassandra Rainey, slipped on liquid cleaner on the floor and fell in the aisle at said location, causing the plaintiff to suffer serious injuries.

      3.    That it was the duty of the defendant to use ordinary care and diligence to keep and maintain the said premises in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the premises dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in her lawful use of same.

      4.    That it was the duty of the defendant to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said premises.

      5.    That it was the duty of the defendant to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid premises in a condition reasonably safe for plaintiff and free from defects and conditions rendering the premises unsafe.

      6.    That it was the duty of the defendant to warn plaintiff of the dangerous and unsafe condition existing on said premises.

      7.    That the defendant knew or should have known of the unreasonable risk of danger to the plaintiff but failed either to discover it or to correct it after discovery.

-2-

8.    That the fall and resultant permanent injuries of plaintiff were caused by the negligence of the defendant who failed to utilize reasonable care in the inspection and maintenance of said premises.

9.    That the aforesaid acts of negligence on the part of the defendant were the proximate cause of the injuries sustained by the plaintiff.

10.    That the plaintiff has incurred medical expenses and other special expenses, and will incur future medical expenses, lost wages and other special expenses, as a direct and proximate result of defendant's negligence.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses and other special expenses, for future medical expenses, lost wages and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE

BY:    *s/ Bradford J. Smith*
       Bradford J. Smith, #22783-47
       KEN NUNN LAW OFFICE
       104 South Franklin Road
       Bloomington, IN  47404
       Phone: (812) 332-9451
       Fax: (812) 331-5321
       E-mail: brads@kennunn.com

**REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

-3-

KEN NUNN LAW OFFICE


BY:   *s/ Bradford J. Smith*
      Bradford J. Smith, #22783-47
      KEN NUNN LAW OFFICE
      104 South Franklin Road
      Bloomington, IN  47404
      Phone: (812) 332-9451
      Fax: (812) 331-5321
      E-mail: brads@kennunn.com


Bradford J. Smith, #22783-47
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

Filed: 8/13/2020 1:33 PM
Clerk
Lawrence Circuit Court
Lawrence County, Indiana

IN THE LAWRENCE CIRCUIT COURT
STATE OF INDIANA

| | | |
|---|---|---|
| CASSANDRA RAINEY | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 47C01-2008-CT-000949 |
| | ) | |
| DOLLAR TREE STORES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:   Initiating        Responding   **X**      Intervening

1.       The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):  **DOLLAR TREE STORES, INC.**

2.       Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| | |
|---|---|
| Name: | Anthony M. Eleftheri (#19336-49) |
| | Melanie A. Kalmbach (#34800-49) |
| Address: | Drewry Simmons Vornehm, LLP |
| | 736 Hanover Place, Suite 200 |
| | Carmel, IN 46032 |
| Phone: | (317) 580-4848 |
| Fax: | (317) 580-4855 |
| E-Mail: | aeleftheri@DSVlaw.com |
| | mkalmbach@DSVlaw.com |

3.       There are other party members:  Yes     No  **X**  (If yes, list on continuation page.)

4.       If first initiating party filing this case, the Clerk is requested to assign this case the following. Case Type under Administrative Rule 8(b)(3):  ____

5.       I will accept service by fax at the above noted number:  Yes  **X**   No

6.       This case involves support issues.  Yes     No  **X**   (If yes, supple social security numbers for all family members on continuation page.)

7.       There are related cases:  Yes      No  **X**  (If yes, list on continuation page.)

8.       This form has been served on all other parties; Certificate of Service is attached:

Yes   **X**   No          Not Applicable

9.      Additional information required by local rule:  **N/A**

DREWRY SIMMONS VORNEHM, LLP


*/s/ Anthony M. Eleftheri*
ANTHONY M. ELEFTHERI, #19336-49
MELANIE A. KALMBACH, #34800-49
*Counsel for Dollar Tree Stores, Inc.*

Drewry Simmons Vornehm, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032
(317) 580-4848
(317) 580-4855 Facsimile
aeleftheri@DSVlaw.com
mkalmbach@DSVlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, pursuant to Rule 86(G) of the Indiana Rules of Trial Procedure, a copy of the foregoing has been served either via E-Service through the Indiana E-Filing System, or by first class United States mail, postage prepaid, this 13th day of August 2020, to:

Bradford J. Smith
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
*Attorney for Plaintiff*

*/s/ Anthony M. Eleftheri*
ANTHONY M. ELEFTHERI, #19336-49
MELANIE A. KALMBACH, #34800-49

Drewry Simmons Vornehm, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032
(317) 580-4848
(317) 580-4855 Facsimile
aeleftheri@DSVlaw.com
mkalmbach@DSVlaw.com

3

IN THE LAWRENCE CIRCUIT COURT
STATE OF INDIANA

CASSANDRA RAINEY                    )
                                    )
                    Plaintiff       )
                                    )
        v.                          )        CAUSE NO.: 47C01-2008-CT-000949
                                    )
DOLLAR TREE STORES, INC.            )
                                    )
                    Defendant.      )

### DOLLAR TREE STORES, INC.'S MOTION FOR ENLARGEMENT OF TIME

Comes now Defendant Dollar Tree Stores, Inc., by counsel, and respectfully petitions the Court for a 30-day enlargement of time up to and including October 2, 2020 to Answer or otherwise respond to Plaintiff's Complaint and in support state:

1.      Plaintiff filed her Complaint for Damages on August 5, 2020.

2.      Defendant Dollar Tree Stores, Inc. was served on August 10, 2020 via Certified Mail.

3.      An Answer or responsive pleading is due on or before September 2, 2020.

4.      Defendant respectfully petitions the Court for a 30-day enlargement of time, up to and including October 2, 2020 to Answer or otherwise respond to Plaintiff's Complaint. Additional time is necessary to allow the undersigned an opportunity to conduct an investigation, meet with his client and otherwise prepare an appropriate answer or response.

5.      This Motion is not made for purposes for vexation or delay.

WHEREFORE, Defendant Dollar Tree Stores, Inc., by counsel, prays for a 30-day enlargement of time, up to and including October 2, 2020 to Answer or otherwise respond to Plaintiff's Complaint and for all other relief proper in the premises.

DREWRY SIMMONS VORNEHM, LLP


*/s/ Anthony M. Eleftheri*
ANTHONY M. ELEFTHERI, #19336-49
MELANIE A. KALMBACH, #34800-49
*Counsel for Dollar Tree Stores, Inc.*

Drewry Simmons Vornehm, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032
(317) 580-4848
(317) 580-4855 Facsimile
aeleftheri@DSVlaw.com
mkalmbach@DSVlaw.com

2

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that, pursuant to Rule 86(G) of the Indiana Rules of Trial Procedure, a copy of the foregoing has been served either via E-Service through the Indiana E-Filing System, or by first class United States mail, postage prepaid, this 13th day of August 2020, to:

Bradford J. Smith
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
*Attorney for Plaintiff*

 

*/s/ Anthony M. Eleftheri*
ANTHONY M. ELEFTHERI, #19336-49
MELANIE A. KALMBACH, #34800-49

Drewry Simmons Vornehm, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032
(317) 580-4848
(317) 580-4855 Facsimile
aeleftheri@DSVlaw.com
mkalmbach@DSVlaw.com

3

IN THE LAWRENCE CIRCUIT COURT
STATE OF INDIANA

| | | |
|---|---|---|
| CASSANDRA RAINEY | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 47C01-2008-CT-000949 |
| | ) | |
| DOLLAR TREE STORES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DOLLAR TREE STORES, INC.'S MOTION
FOR ENLARGEMENT OF TIME**

Comes now Defendant Dollar Tree Stores, Inc., by counsel, and files its Motion for

Enlargement of Time to respond to Plaintiff's Complaint.  And the Court, being duly advised,

now grants said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Dollar

Tree Stores, Inc. be and hereby is granted an enlargement of time, up to and including October 2,

2020 to Answer or otherwise respond to Plaintiff's Complaint.


DATE: _____          _____
                                       JUDGE NATHAN NIKIRK
                                       Lawrence Circuit Court



COPIES TO:

Bradford J. Smith                      Anthony M. Eleftheri
KEN NUNN LAW OFFICE                    Melanie A. Kalmbach
104 South Franklin Road                Drewry Simmons Vornehm, LLP
Bloomington, IN 47404                  736 Hanover Place, Suite 200
                                       Carmel, IN 46032


1