UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CASSANDRA RAINEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOLLAR TREE STORES, INC., )<br>)<br>Defendant. ) | No. 4:20-cv-00187-TWP-DML |

## Order Granting Motion to Withdraw Attorney Appearance

This case is before the court on Bradford J. Smith's motion (Dkt. 17) to withdraw his appearance on behalf of plaintiff Cassandra Rainey. Having considered the motion, the court determines it should be GRANTED. The court directs the Clerk to terminate Mr. Smith's appearance and to update the docket.

The motion states that Ms. Rainey died on August 5, 2020, and that her daughter, Patricia Beaver, wishes to proceed with her mother's case. Accordingly, the court ORDERS that Ms. Rainey's successor or personal representative of her estate shall have until March 1, 2021, to appear by counsel and file a motion for substitution of party.

So ORDERED.

Date: 12/31/2020

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Patricia Beaver
144 W. Montgomery Ave.
Clarksville, IN 47129