UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CASSANDRA RAINEY Deceased per Order at [18], | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:20-cv-00187-TWP-DML ) |
| DOLLAR TREE STORES, INC., | ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation to Dismiss Complaint without Prejudice (Dkt. 22). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Final Judgment will issue separately.

IT IS SO ORDERED.

Date: 4/23/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

CASSANDRA RAINEY
144 W Montgomery Avenue
Clarksville, IN 47129

Anthony Marino Eleftheri
DREWRY SIMMONS VORNEHM, LLP (Carmel)
aeleftheri@dsvlaw.com

Melanie A. Kalmbach
DREWRY SIMMONS VORNEHM, LLP (Carmel)
mkalmbach@dsvlaw.com