UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CASSANDRA RAINEY Deceased per Order at [18], | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:20-cv-00187-TWP-DML ) |
| DOLLAR TREE STORES, INC., | ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

Having this day entered its Order of Dismissal, the Court hereby enters JUDGMENT in favor of Defendant. This matter is dismissed without prejudice. Plaintiff shall take nothing by way of her complaint.

IT IS SO ORDERED.

Date: 4/23/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

CASSANDRA RAINEY
144 W Montgomery Avenue
Clarksville, IN 47129

Anthony Marino Eleftheri
DREWRY SIMMONS VORNEHM, LLP (Carmel)
aeleftheri@dsvlaw.com

Melanie A. Kalmbach
DREWRY SIMMONS VORNEHM, LLP (Carmel)
mkalmbach@dsvlaw.com